## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Bankruptcy No. 21-22166-JAD |
|     JULIUS HAYWOOD | Chapter 13 |
|         *Debtor* | |
| NRZ PASS-THROUGH TRUST II, U.S. BANK | |
| NATIONAL ASSOCIATION AS TRUSTEE c/o | |
| Fay Servicing, LLC | |
|         *Movant* | |
| | |
|       vs. | |
| JULIUS HAYWOOD, | |
|       *Debtor/Respondent* | |

## ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, RECEIPT OF NOTICES AND INCLUSION ON NOTICE LIST

TO THE CLERK, U.S. BANKRUPTCY COURT, THE DEBTORS, AND ALL OTHER PARTIES OF INTEREST:

      PLEASE TAKE NOTICE that the undersigned attorney is counsel on behalf of NRZ Pass-Through Trust II, U.S. Bank National Association as trustee c/o Fay Servicing, LLC ("Creditor"), a creditor and party-in-interest in the above captioned Chapter 13 case. Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§ 102(1), 342, and 1109(b) Creditor requests special notice of all matters which must be noticed to creditors be given to **Karina Velter, Esquire** at the below address and/or telephone number set forth below. This request includes without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of disclosure statements, and all other documents filed with the bankruptcy court in the above captioned matter whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph or otherwise.

                  Respectfully Submitted,

Date: January 18, 2022

             /s/ Karina Velter, Esquire
             Karina Velter, Esquire
             HLADIK, ONORATO & FEDERMAN, LLP
             298 Wissahickon Avenue
             North Wales, PA 19454
             (215) 855-9521
             kvelter@hoflawgroup.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    JULIUS HAYWOOD<br>        *Debtor*<br>NRZ PASS-THROUGH TRUST II, U.S. BANK<br>NATIONAL ASSOCIATION AS TRUSTEE c/o<br>Fay Servicing, LLC<br>        *Movant*<br><br>        vs.<br>JULIUS HAYWOOD,<br>        *Debtor/Respondent* | Bankruptcy No. 21-22166-JAD<br>Chapter 13 |

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I caused to be served true and correct copies of the Entry of Appearance at the respective last known address of each person set forth below on January 18, 2022.

Michael S. Geisler, Esquire          Julius Haywood
Via Electronic Filing               1418 Wesley Street Pittsburgh, PA 15221
*Attorney for Debtor*               7422 Race Street Pittsburgh, PA 15208
                                    *Debtor*

Date: January 18, 2022

             /s/ Karina Velter, Esquire
            Karina Velter, Esquire
            HLADIK, ONORATO & FEDERMAN, LLP
            298 Wissahickon Avenue
            North Wales, PA 19454
            (215) 855-9521
            kvelter@hoflawgroup.com