**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE ) | |
| ) | Case No. 21-22166-JAD |
| JULIUS HAYWOOD, ) | |
|     Debtor(s) ) | Chapter 13 |
| _____X | |
| ) | |
| JULIUS HAYWOOD, ) | Hearing Date: 11/10/2022 at 10:00 am |
|     Movant(s), ) | |
|     - vs. - ) | |
| ) | |
| COUNTY OF ALLEGHENY, ) | |
| WILKINSBURG SD, BOROUGH ) | |
| OF WILKINSBURG, CITY AND SD ) | |
| OF PITTSBURGH, PITTSBURGH ) | |
| WATER AND SEWER AUTHORITY ) | |
| and Ronda J. Winnecour, Trustee, ) | |
|     Respondents. ) | |
| _____X | |

## **CERTIFICATE OF SERVICE**

      I, MICHAEL S. GEISLER, ESQUIRE, Attorney for the Debtor, hereby certify that I have served a true and correct copy of the Amended Plan Dated 10/4/2022 and Notice of Proposed Modification upon the following by First Class Mail, postage prepaid unless otherwise indicated below:

| | |
|---|---|
| RONDA J. WINNECOUR, TRUSTEE<br>3250 US Steel Tower<br>Pittsburgh, PA 15219 | (BY ELECTRONIC MEANS) |
| OFFICE OF THE U.S. TRUSTEE<br>970 Liberty Center<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222 | (BY ELECTRONIC MEANS) |
| Borough of Wilkinsburg and Wilkinsburg SD<br>c/o Maiello, Brungo & Maiello, LLP.<br>Foxpointe II,100 Purity Road, Suite 3<br>Pittsburgh, PA 15235 | (BY ELECTRONIC MEANS) |
| City and School District of Pittsburgh<br>County of Allegheny, Peoples Gas and<br>Pittsburgh Water and Sewer Authority<br>GRB Law c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building | (BY ELECTRONIC MEANS) |

Pittsburgh, PA 15219

Duquesne Light Company                    (BY ELECTRONIC MEANS)
c/o Keri P. Ebeck, Esquire
Bernstein-Burkley, P.C.
Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1900

Lendmark Financial Services, LLC
2118 Usher Street
Covington, Ga. 30014

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Laurence A. Mester                        (BY ELECTRONIC MEANS)
Mester & Schwartz, P.C.
1917 Brown Street
Philadelphia, PA 19130

Brian Nicholas                            (BY ELECTRONIC MEANS)
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106M

Quantum3 Group LLC as agent for
Genesis FS Card Services Inc
PO Box 788
Kirkland, WA 98083-0788

UPMC Physician Services
P.O. Box 1123
Minneapolis, MN 55440-1123

Karina Velter                             (BY ELECTRONIC MEANS)
Pincus Law Group, PLLC
2929 Arch Street
Suite 1700
Philadelphia, PA 19104

Wilkinsburg-Penn Joint Water Auth.
2200 Robinson Blvd.
Pittsburgh, PA 15221

DATED: 10/4/2022

/s/ Michael S. Geisler

_____

**MICHAEL S. GEISLER, ESQUIRE**
Pa. I.D. No. 39414
Attorney for Debtor

201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Tele: (412) 613-2133
E-mail: m.s.geisler@att.net