# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Julius Haywood<br>　　　　　　　　Debtor(s)<br><br>U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee for the NRZ Pass-Through Trust XVIII, its successors and/or assigns<br>　　　　　　　　Movant<br>　　vs.<br><br>Julius Haywood<br>　　　　　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　　　　　　Trustee | CHAPTER 13<br><br><br><br><br>NO. 21-22166 JAD<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee for the NRZ Pass-Through Trust XVIII, which was filed with the Court on or about **December 13, 2021, docket number 34**.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　/s/ Brian C. Nicholas, Esq.
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esquire
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322

Dated: October 17, 2022