# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Bk. No. 21-22166-JAD |
| | ) | |
| JULIUS HAYWOOD, | ) | Related to Document No. 29 |
| | ) | |
| Debtor | ) | Chapter 13 |
| | ) | |
| | ) | **HEARING DATE**: |
| JULIUS HAYWOOD, | ) | Thursday, January 12, 2023 |
| | ) | 1:00 p.m. |
| Movant | ) | |
| vs. | ) | **LOCATION**: |
| CAPITAL ONE AUTO FINANCE, | ) | U.S. Bankruptcy Court |
| A DIVISION OF CAPITAL ONE, N.A. | ) | 3251 U.S. Steel Tower |
| Respondent | ) | 600 Grant Street |
| and | ) | Pittsburgh, PA 15219 |
| RONDA J. WINNECOUR | ) | |
| Trustee | ) | |

## **WITHDRAWAL OF OBJECTION TO PROPOSED CHAPTER 13 PLAN**

TO DEBTORS, HER COUNSEL, THE CHAPTER 13 TRUSTEE, AND ALL OTHER INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that Capital One Auto Finance, a division of Capital One, N.A., hereby withdraws its Objection to Proposed Chapter 13 Plan and Confirmation Thereof, without prejudice in the above-entitled bankruptcy case.

Dated: January 9, 2023         MESTER & SCHWARTZ, P.C.

                           BY:    /s/Laurence A. Mester
                             Laurence A. Mester, Esquire
                             Attorney for Respondent
                             Attorney I.D. No.: 79184
                             1917 Brown Street
                             Philadelphia, PA 19130
                             (267) 909-9936
                             lmester@mesterschwartz.com