FILED
1/27/23 10:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  ) | |
| JULIUS HAYWOOD,  ) | Case No. 21-22166-JAD |
|  ) | |
|  ) | Chapter 13 |
| Debtor(s).  ) | Doc. # 69 |
| _____  X | |

**ORDER OF COURT**
**(Check Boxes That Apply)**

☒ **Confirming Plan on Final Basis**    ☐ **Chapter 13 Plan dated:** _____

☐ **Authorizing Distributions Under Plan On Interim Basis Solely as Adequate Protection**    ☒ **Amended Chapter 13 dated: 10/4/22**

IT IS HEREBY ORDERED that the Chapter 13 Plan Payment is $900 effective 11/21.

IT IS HEREBY ORDERED that pursuant to the plan identified above (the "Plan"), as the same may be modified by this Order, the Chapter 13 Trustee is authorized to make distributions to creditors holding allowed claims from available funds on hand. Such distributions shall commence no earlier than the Chapter 13 Trustee's next available distribution date after the first day of the month following the date on which this Order is entered on the Court's docket.

IT IS FURTHER ORDERED that those terms of the Plan which are not expressly modified by this Order shall remain in full force and effect. To the extent any terms and conditions of the Plan are in conflict with this Order, the terms of this Order shall supersede and replace any conflicting terms and conditions of the Plan.

1. **Unique Provisions Applicable Only to This Case:** *Only those provisions which are checked below apply to this case:*

   ☒    A. For the remainder of the Plan term, the periodic monthly Plan payment is amended to be $1,507, beginning 1/23. To the extent there is no wage attachment in place or if an existing wage attachment is insufficient to fund the Plan payments, counsel to the Debtor(s) shall within seven (7) days hereof file a wage attachment motion (or motions) to fully fund the Plan payments, or shall sign up for and commence payments under the Trustee's TFS online payment program.

☐    B. The length of the Plan is changed to a total of at least ____months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved.

☐    C. To the extent this Order is entered as a form of adequate protection, the Trustee is authorized to distribute to secured and priority creditors with percentage fees payable to the Chapter 13 Trustee on receipt as provided for in 28 U.S.C. §586. ***Continued conciliation conferences before the Trustee or contested hearings before the Court shall proceed on such dates and times as appear on the case docket.*** The Trustee is deemed to have a continuous objection to the Plan until such time the Plan is confirmed on a final basis.

**PARTIES ARE REMINDED OF THEIR DUTY TO MONITOR THE COURT'S DOCKET AND ATTEND DULY SCHEDULED HEARINGS. THE PARTIES ARE FURTHER REMINDED OF THEIR DUTY TO MEET AND CONFER AND OTHERWISE ENGAGE IN GOOD FAITH SETTLEMENT NEGOTIATIONS WITH RESPECT TO ANY OBJECTION TO PLAN CONFIRMATION. FAILURE TO COMPLY WITH THESE DUTIES MAY RESULT IN THE IMPOSITION OF SANCTIONS AGAINST THE OFFENDING PARTY.**

☐    D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐    E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐    F. The following utility creditor _____ shall be paid monthly payments of $_____ beginning with the Trustee's next distribution and continuing for the duration of the Plan's term, to be applied by that creditor to its administrative claim, ongoing budget payments and/or security deposit. These payments shall be at the third distribution level.

☐    G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim:
_____

☐    H. The secured claims of the following creditors shall govern as to claim amount, to be paid at the modified plan interest rate in a monthly amount to be determined by Trustee to pay the claim in full during the Plan term:
_____

-2-

☒    I. The secured claim(s) of the following creditors shall govern as to claim amount, to be paid at the indicated interest rate in a monthly amount to be determined by Trustee to pay in full during the Plan term:
- Capital One Auto Finance (Cl #8) at 4.25%

☐    J. The secured claim(s) of the following creditor(s) shall govern, following all allowed post-petition payment change notices filed of record:
_____

☒    K. Additional Terms and Conditions:
- Peoples Natural Gas paid priority administrative claim per default order 5/19/22 doc 44
- Wilkinsburg SD (Wilkinsburg) CL. #2-2 & CL. #3-2 paid per order 10/13/22 doc 8
- Wilkinsburg Borough CL. #4-2 paid per order 10/13/22 doc 8
- Wilkinsburg Borough CL. #5-2 paid per order 10/13/22 doc 8
- Wilkinsburg Borough (mun svc fee) CL. #6-2 & CL. #7-2 paid per order 10/13/22 doc 8
- County of Allegheny CL. #14 paid per order 10/13/22 doc 8
- County of Allegheny as to real property 1412 Wesley Street paid per order 10/13/22 doc 8
- Taxing bodies are to be paid at the statutory interest rate.

**2. Deadlines.** The following deadlines are hereby established and apply to this case:

    **A.**    **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates a sale or sales of assets or the recovery of litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

    **B.**    **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor(s) (or Debtor(s)' attorney, if represented), shall review the proofs of claim filed in this case and shall file objections (1) to any disputed timely filed claims within ninety (90) days after the claims bar date, or (2) to any disputed late filed or amended claims within ninety (90) days after the amended and/or late claims are filed and served. Absent a timely objection or further order of the Court, the timely filed proof of claim will govern as to the classification and amount of the claim; provided however, no creditor shall receive a distribution in this case until such time as the relevant allowed claim is provided for in the Plan or any subsequent amended plan.

    **C.**    **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, and all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

-3-

  **D.** **Filing Amended Plans or Other Stipulation.** Within fourteen (14) days after the Bankruptcy Court resolves the priority of a claim, avoidability of a lien or interest, or extent of a lien, or any objection to claim, the Debtor(s) shall file an Amended Plan or Stipulated Order Modifying Plan to provide for the allowed amount of the lien or claim if the allowed amount and/or treatment differs from the amount and/or treatment stated in the Plan. The Debtor(s) or Counsel for Debtor(s) should inquire with the Chapter 13 Trustee regarding whether an Amended Plan or proposed Stipulated Order Modifying Plan is the preferred course of action. In addition, if after the conclusion of the claims bar date and any associated litigation, the Plan is underfunded, Debtor(s) shall also file (1) an amended Plan increasing the monthly Plan payment, and (2) a revised wage attachment to provide for the increased funding.

  **3.** **Additional Provisions**. The following additional provisions apply in this case:

  **A.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

  **B.** The Trustee shall hold in reserve any distributions under the Plan to any creditor who holds a claim that is provided for in the Plan but which is subject to a duly filed claims objection. Upon entry of further order of the Court, or ultimate allowance of the disputed claim provided for in the Plan, the Trustee may release the reserve and make distribution to the affected creditor. Unless otherwise permitted by separate Order of Court, Trustee shall not commence distributions to unsecured creditors until after the later of the government bar date and a filed notice of an intention to pay claims (the later date being the "Earliest Unsecured Distribution Date"). Trustee may, but has no obligation to, further defer distributions to unsecured creditors until a later date after the Earliest Unsecured Distribution Date.

  **C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

  **D.** Debtor(s)' counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

  **E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default.

  **F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any allowed *secured claim* (that is secured by the property subject to the relief from stay order), unless otherwise directed by further Order of Court.

  **G.** The Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and/or contract.

**H.**     The Debtor(s) shall pay timely all post-confirmation tax liabilities directly to the appropriate taxing authorities as they become due.

Dated: _1/27/2023_____

                                                                              _____
                                                                              United States Bankruptcy Judge
                                                                              Jeffery A. Deller

cc: All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Julius Haywood  
Debtor

Case No. 21-22166-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: auto | Page 1 of 4
Date Rcvd: Jan 27, 2023 | Form ID: pdf900 | Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Julius Haywood, 1418 Wesley Street, Pittsburgh, PA 15221-1851 |
| cr | + | Wilkinsburg School District and Wilkinsburg Boroug, Tax Division, c/o Maiello, Brungo & Maiello, LLP, Foxpointe II, 100 Purity Rd, Ste. 3 Pittsburgh, PA 15235-4441 |
| 15420292 | + | Borough of Wilkinsburg, c/o Maiello, Brungo & Maiello, LLP., Foxpointe II,100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15426891 | | County of Allegheny, c/o Goehring, Rutter & Boehm, 14th Floor, Frick Building, Pittsburgh, PA 15219 |
| 15420293 | | Duquesne Light Company, c/o Keri P. Ebeck, Esquire, Bernstein-Burkley, P.C., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 15420295 | + | Wilkinsburg School District, c/o Maiello, Brungo & Maiello, LLP., Foxpointe II, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15420296 | + | Wilkinsburg-Penn Joint Water Auth., 2200 Robinson Blvd., Pittsburgh, PA 15221-1193 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 28 2023 00:17:06 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnjts@grblaw.com | Jan 28 2023 00:15:00 | City of Pittsburgh and School District of Pittsbur, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor Frick Building, PIttsburgh, PA 15219, UNITED STATES 15219-6002 |
| cr | + | Email/Text: ebnjts@grblaw.com | Jan 28 2023 00:15:00 | County of Allegheny, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor Frick Building, PIttsburgh, PA 15219, UNITED STATES 15219-6002 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jan 28 2023 00:17:08 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 28 2023 00:15:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Jan 28 2023 00:15:00 | Pittsburgh Water & Sewer Authority, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| 15426889 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 28 2023 00:16:58 | Capital One Auto Finance, P.O. Box 60511, City of Industry, CA 91716-0511 |
| 15429851 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 28 2023 00:17:17 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15432183 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 28 2023 00:17:15 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15426890 | | Email/Text: ebnjts@grblaw.com | Jan 28 2023 00:15:00 | City and School District of Pittsburgh, c/o |

Case 21-22166-JAD   Doc 71   Filed 01/29/23   Entered 01/30/23 00:28:24   Desc Imaged
Certificate of Notice   Page 7 of 9

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 27, 2023 | Form ID: pdf900 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15433080 | + | Email/Text: ebnjts@grblaw.com | Jan 28 2023 00:15:00 | Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| | | | | City of Pittsburgh and School District of Pgh, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor Frick Building, PIttsburgh, PA 15219-6002 |
| 15432546 | + | Email/Text: ebnjts@grblaw.com | Jan 28 2023 00:15:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 15426892 | + | Email/Text: ebnjts@grblaw.com | Jan 28 2023 00:15:00 | County of Allegheny, c/o Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15426893 | | Email/Text: ECF@fayservicing.com | Jan 28 2023 00:15:00 | Fay Servicing, P.O. Box 809441, Chicago, IL 60680 |
| 15433809 | | Email/Text: ktramble@lendmarkfinancial.com | Jan 28 2023 00:15:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, Ga. 30014 |
| 15432579 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2023 00:16:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15434698 | | Email/Text: BankruptcyECFMail@mccalla.com | Jan 28 2023 00:15:00 | U.S. Bank National Association, not in its individ, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 15420294 | + | Email/Text: ebnpeoples@grblaw.com | Jan 28 2023 00:15:00 | Peoples Natural Gas Company, LLC., c/o S. James Wallace, Esquire, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15432470 | + | Email/Text: ebnpwsa@grblaw.com | Jan 28 2023 00:15:00 | Pittsburgh Water and Sewage Authority, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 15430551 | | Email/Text: bnc-quantum@quantum3group.com | Jan 28 2023 00:15:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15420378 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2023 00:17:13 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15437736 | | ^ MEBN | Jan 28 2023 00:07:08 | U.S. Bank National Association, et al., c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 15434339 | | ^ MEBN | Jan 28 2023 00:08:26 | UPMC PHYSICIAN SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Capital One Auto Finance |
| cr | | NRZ Pass-Through Trust II, U.S. Bank National Asso |
| cr | | U.S. Bank National Association, not in its individ |
| cr | | U.S. Bank Trust National Association, not in its i |
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, U.S. Bank National Association, not in its individ, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |

TOTAL: 4 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

Case 21-22166-JAD    Doc 71    Filed 01/29/23    Entered 01/30/23 00:28:24    Desc Imaged
Certificate of Notice    Page 8 of 9

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 4 |
| Date Rcvd: Jan 27, 2023 | Form ID: pdf900 | Total Noticed: 30 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2023 at the address(es) listed below:

**Name**            **Email Address**

Brian Nicholas
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the NRZ bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee for the NRZ Pass-Through Trust XVIII bnicholas@kmllawgroup.com

Jeffrey Hunt
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Jeffrey R. Hunt
    on behalf of Defendant County Of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor City of Pittsburgh and School District of Pittsburgh jhunt@grblaw.com

Jennifer L. Cerce
    on behalf of Defendant Borough of Wilkinsburg jlc@mbm-law.net

Jennifer L. Cerce
    on behalf of Defendant Wilkinsburg School District jlc@mbm-law.net

Jennifer L. Cerce
    on behalf of Creditor Wilkinsburg School District and Wilkinsburg Borough jlc@mbm-law.net

Karina Velter
    on behalf of Creditor NRZ Pass-Through Trust II  U.S. Bank National Association as trustee c/o Fay Servicing, LLC kvelter@pincuslaw.com, brausch@pincuslaw.com

Laurence A. Mester
    on behalf of Creditor Capital One Auto Finance lmester@mesterschwartz.com  jschwartz@mesterschwartz.com

Laurence A. Mester
    on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A., c/o AIS Portfolio Services, LP lmester@mesterschwartz.com, jschwartz@mesterschwartz.com

Michael S. Geisler
    on behalf of Debtor Julius Haywood m.s.geisler@att.net msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Michael S. Geisler
    on behalf of Plaintiff Julius Haywood m.s.geisler@att.net msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Jan 27, 2023 | Form ID: pdf900 | Total Noticed: 30

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 18