**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 21-22166-JAD |
| Julius Haywood | : Chapter 13 |
|       Debtor | : |
| | : |
| U.S. Bank National Association, not in its individual capacity but solely as trustee of NRZ Pass-Through Trust XI c/o Fay Servicing, LLC | : Related Doc: 81, 83 |
| | : |
|       Movant | : |
|     vs. | : |
| Julius Haywood | : |
|       Debtor/Respondent | : |
| Cynthia A. Haywood | : |
|       Non-Filing Co-Debtor/Respondent | : |
|   and | : |
| Ronda J. Winnecour, Esquire | : |
|       Trustee/Respondent | : |

**CERTIFICATION OF SERVICE OF MOTION,**
**RESPONSE DEADLINE AND HEARING DATE**

      I, Danielle Boyle-Ebersole, Esq., attorney for Movant, U.S. Bank National Association, not in its individual capacity but solely as trustee of NRZ Pass-Through Trust XI c/o Fay Servicing, LLC, hereby certify that I served a true and correct copy of the Motion for Relief from Automatic Stay and Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, or Electronic Mail on **04/01/2025** upon the following:

Michael S. Geisler, Esquire
Via ECF:
m.s.geisler@att.net
*Attorney for Debtor*

Ronda J. Winnecour, Esquire
VIA ECF:
cmecf@ch13trusteewdpa.com
*Trustee*

Julius Haywood
7422 Race Street
Pittsburgh, PA 15208
Via First Class Mail
*Debtor*

Julius Haywood
1418 Wesley Street
Pittsburgh, PA 15221
Via First Class Mail
*Debtor*

Cynthia A. Haywood
7422 Race Street
Pittsburgh, PA 15208
Via First Class Mail
*Non-Filing Co-Debtor*

Cynthia A. Haywood
1418 Wesley Street
Pittsburgh, PA 15221
Via First Class Mail
*Non-Filing Co-Debtor*

| | |
|---|---|
| Julius Haywood | Cynthia A. Haywood |
| 2633 Ingomar Street | 2633 Ingomar Street |
| Pittsburgh, PA 15216 | Pittsburgh, PA 15216 |
| Via First Class Mail | Via First Class Mail |
| *Debtor* | *Non-Filing Co-Debtor* |

Respectfully Submitted,

<u>/s/ Danielle Boyle-Ebersole, Esquire</u>
Danielle Boyle-Ebersole, Esquire
PA ID# 81747
HLADIK, ONORATO & FEDERMAN, LLP
298 Wissahickon Avenue
North Wales, PA 19454
(215) 855-9521
dboyle-ebersole@hoflawgroup.com

Date: 04/01/2025