**DEFAULT O/E JAD**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 21-22166-JAD |
| Julius Haywood | : Chapter 13 |
|     Debtor | : |
| | : |
| U.S. Bank National Association, not in its individual capacity but solely as trustee of NRZ Pass-Through Trust XI c/o Fay Servicing, LLC | : Related Doc: 81 |
| | : |
|     Movant | : |
|     vs. | : |
| Julius Haywood | : |
|     Debtor/Respondent | : |
| Cynthia A. Haywood | : |
|     Non-Filing Co-Debtor/Respondent | : |
|     and | : |
| Ronda J. Winnecour, Esquire | : |
|     Trustee/Respondent | : |

FILED
4/24/25 2:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### ORDER

AND NOW, this 24th day of April, 2025, upon the Motion of Movant, U.S. Bank National Association, not in its individual capacity but solely as trustee of NRZ Pass-Through Trust XI c/o Fay Servicing, LLC, it is hereby

ORDERED THAT: the Motion is granted as to Movant and its successors, if any, and the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362, and §1301 as to Cynthia A. Haywood, of the Bankruptcy Code is modified and lifted with respect to the premises, 7422 Race Street, Pittsburgh, PA 15208, 1418 Wesley Street, Pittsburgh, PA 15221 and 2633 Ingomar Street, Pittsburgh, PA 15216.

_____
Honorable Jeffery A. Deller   jsf
U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-22166-JAD |
| Julius Haywood | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 24, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Julius Haywood, 1418 Wesley Street, Pittsburgh, PA 15221-1851 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2025                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Danielle Boyle-Ebersole | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee of NRZ Pass-Through Trust XI dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| Denise Carlon | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the NRZ dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee for the NRZ Pass-Through Trust XVIII dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Apr 24, 2025 | Form ID: pdf900 | Total Noticed: 1 |

Jeffrey R. Hunt
    on behalf of Defendant County Of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

Jennifer L. Cerce
    on behalf of Defendant Borough of Wilkinsburg jlc@mbm-law.net

Jennifer L. Cerce
    on behalf of Defendant Wilkinsburg School District jlc@mbm-law.net

Jennifer L. Cerce
    on behalf of Creditor Wilkinsburg School District and Wilkinsburg Borough jlc@mbm-law.net

Karina Velter
    on behalf of Creditor NRZ Pass-Through Trust II  U.S. Bank National Association as trustee c/o Fay Servicing, LLC karina.velter@powerskirn.com, Kaitlyn.Pemper@powerskirn.com

Keri P. Ebeck
    on behalf of Creditor City of Pittsburgh and School District of Pittsburgh kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Laurence A. Mester
    on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A., c/o AIS Portfolio Services, LP lmester@mesterschwartz.com, jschwartz@mesterschwartz.com

Laurence A. Mester
    on behalf of Creditor Capital One Auto Finance lmester@mesterschwartz.com jschwartz@mesterschwartz.com

Michael S. Geisler
    on behalf of Debtor Julius Haywood m.s.geisler@att.net msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Michael S. Geisler
    on behalf of Plaintiff Julius Haywood m.s.geisler@att.net msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 19