**Form 404**

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

91 – 90

In re:  
    Bankruptcy Case No.: 21–22166–JAD  
    Related to Doc. #90  
    Chapter: 13  
    Hearing Date: 6/3/25 at 10:00 AM

**Julius Haywood**  
  Debtor(s)

**CERTIFICATE OF SERVICE OF** _Motion to Reconsider Order Granting Relief from Stay and Order Setting Hearing_  
    **(Specify Document(s) Served)**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on ___1___.  
    (Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: ___a   a  Po  a   a___.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**   1

                          By: _____a_____  
                              (Signature)  
                          _I_ . _I_    _I_  
                          Typed Name  
                         11   P     . 4  
                         P    P  1  3  
                         Address  
                           41    13    133  
                         Phone No.  
                         Pa. I.D. No. 39414  
                         List Bar I.D. and State of Admission

RONDA J. WINNECOUR, TRUSTEE
3250 US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

DANIELLE BOYLE-EBERSOLE, ESQUIRE
HLADIK, ONORATO & FEDERMAN, LLP
298 Wissahickon Avenue
North Wales, PA 19454