FILED
8/12/25 2:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 21-22166-JAD |
|     JULIUS HAYWOOD | : Chapter 13 |
|         Debtor | : |
| | : |
| JULIUS HAYWOOD | : |
|         Debtor-Movant | : |
| CYNTHIA A. HAYWOOD | : Doc. # 102 |
|         Non-Filing Co-Debtor | : Related Doc: 90, 95, 99, 101 |
|     vs. | : |
| U.S. BANK NATIONAL ASSOCIATION, | : Hearing Date: 8/26/2025 at 10:00 AM |
| NOT IN ITS INDIVIDUAL CAPACITY BUT | : |
| SOLELY AS TRUSTEE OF NRZ PASS- | : |
| THROUGH TRUST XI C/O FAY | : |
| SERVICING, LLC | |
|         Respondent | : |
| | : |
| | : |
| and | : |
| RONDA J. WINNECOUR, ESQUIRE | : |
|         Trustee/Respondent | : |

**STIPULATION RESOLVING MOTION TO VACATE ORDER GRANTING RELIEF**

AND NOW, comes U.S. Bank National Association, not in its individual capacity but solely as Trustee of NRZ Pass-Through Trust XI ("Creditor"), by and through its counsel, Danielle Boyle-Ebersole and the law firm of Hladik, Onorato & Federman, LLP and Julius Haywood ("Debtor"), by and through its counsel, Michael S. Geisler, and stipulate as follows:

WHEREAS Creditor filed a Motion for Relief from Stay on April 1, 2025 (*See Docket#81*). Creditor's Motion for Relief from Stay was granted by default on April 24, 2025 (*See Docket# 88*).

WHEREAS Debtor filed a Motion to Reconsider Order Granting Relief from Stay on May 9, 2025 (*See Docket# 90*).

WHEREAS Creditor's Order Granting Relief was vacated on June 17, 2025 (*See Docket #99*).

WHEREAS Debtor filed a Response to the Motion for Relief from Stay on June 24, 2025 (*See Docket# 101*).

NOW THEREFORE, Debtor and Creditor, by their respective counsel, stipulate and agree, subject to the approval of the Bankruptcy Court, as follows:

1. Debtor's Response to the Motion for Relief, filed on June 24, 2025 at docket# 101, is hereby withdrawn.
2. Creditor's Order Granting Relief is hereby reinstated and relief from the automatic stay under 11 U.S.C. §362, and §1301 as to Cynthia A. Haywood, is lifted with respect to the properties located at 7422 Race Street, Pittsburgh, PA 15208, 1418 Wesley Street, Pittsburgh, PA 15221 and 2633 Ingomar Street, Pittsburgh, PA 15216.

Dated: August 12, 2025

SO ORDERED:

/jsf
Honorable Jeffery A. Deller
United States Bankruptcy Judge

CONSENTED TO BY:

Date: 08/11/2025

/s/ Michael S. Geisler
Michael S. Geisler, Esquire
Attorney for Debtor
201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
PA ID# 39414
m.s.geisler@att.net

Date: 08/11/2025

/s/ Danielle Boyle-Ebersole
Danielle Boyle-Ebersole, Esquire
Attorney for Creditor
Hladik, Onorato & Federman, LLP 298 Wissahickon Avenue
North Wales, PA 19454
PA ID# 81747
Dboyle-ebersole@hoflawgroup.com

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-22166-JAD |
| Julius Haywood | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 12, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2025:**

**Recip ID        Recipient Name and Address**
db              + Julius Haywood, 1418 Wesley Street, Pittsburgh, PA 15221-1851

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2025                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2025 at the address(es) listed below:**

**Name**                **Email Address**

Danielle Boyle-Ebersole
                        on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee of NRZ Pass-Through Trust XI dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com

Denise Carlon
                        on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the NRZ dcarlon@kmllawgroup.com

Denise Carlon
                        on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee for the NRZ Pass-Through Trust XVIII dcarlon@kmllawgroup.com

Jeffrey Hunt
                        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Jeffrey R. Hunt
                        on behalf of Creditor County of Allegheny jhunt@grblaw.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Aug 12, 2025 | Form ID: pdf900 | Total Noticed: 1 |

Jeffrey R. Hunt
    on behalf of Defendant County Of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

Jennifer L. Cerce
    on behalf of Defendant Borough of Wilkinsburg jlc@mbm-law.net

Jennifer L. Cerce
    on behalf of Defendant Wilkinsburg School District jlc@mbm-law.net

Jennifer L. Cerce
    on behalf of Creditor Wilkinsburg School District and Wilkinsburg Borough jlc@mbm-law.net

Karina Velter
    on behalf of Creditor NRZ Pass-Through Trust II  U.S. Bank National Association as trustee c/o Fay Servicing, LLC karina.velter@powerskirn.com, Kaitlyn.Pemper@powerskirn.com

Keri P. Ebeck
    on behalf of Creditor City of Pittsburgh and School District of Pittsburgh kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Laurence A. Mester
    on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A., c/o AIS Portfolio Services, LP lmester@mesterschwartz.com, jschwartz@mesterschwartz.com

Laurence A. Mester
    on behalf of Creditor Capital One Auto Finance lmester@mesterschwartz.com jschwartz@mesterschwartz.com

Michael S. Geisler
    on behalf of Debtor Julius Haywood m.s.geisler@att.net msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Michael S. Geisler
    on behalf of Plaintiff Julius Haywood m.s.geisler@att.net msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 19