**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10/31/2025

IN RE:

JULIUS HAYWOOD
1418 WESLEY STREET
PITTSBURGH,  PA  15221
XXX-XX-0446            Debtor(s)

Case No.21-22166 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. **Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above, will be deemed allowed for purposes of distribution and <u>shall be paid</u> unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee. If you believe your claim will be adversely impacted, you should object to this Notice.**

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/31/2025

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

## CLAIM RECORDS

| Creditor | Claim Info | Details |
|---|---|---|
| **SYNCHRONY BANK\*\***<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SAMS CLUB/PRAE | INT %: 0.00%<br>CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 4019 |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SO**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number: 2<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CAP 1 AUTO/PRAE | INT %: 0.00%<br>CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **GRB LAW\*\***<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 3<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE | INT %: 0.00%<br>CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **WILKINSBURG BOROUGH (RE)**<br>C/O MBM COLLECTIONS LLC - DLNQ CLCTR<br>665 RODI ROAD - SUITE 301<br>PITTSBURGH, PA  15235 | Trustee Claim Number: 4<br>Court Claim Number: 5-2<br>CLAIM: 6,156.00<br>COMMENT: 232R302*$/AP STIP OE-AMD CL-CONF*5161.39@3.25%/PL*STAT ISSUE*NO YRS/SC | INT %: 10.00%<br>CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: R302 |
| **WILKINSBURG BOROUGH (RE)**<br>C/O MBM COLLECTIONS LLC - DLNQ CLCTR<br>665 RODI ROAD - SUITE 301<br>PITTSBURGH, PA  15235 | Trustee Claim Number: 5<br>Court Claim Number: 4-2<br>CLAIM: 1,701.76<br>COMMENT: 232R306*RS/OE*$/AP STIP OE-AMD CL-CONF*3985.74@3.25%/PL*NO YRS/SCH*00,0 | INT %: 10.00%<br>CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: R306 |
| **CAPITAL ONE AUTO FINANCE - DIV CAPITAL ONE**<br>C/O AIS PORTFOLIO SERVICES LP<br>PO BOX 4360<br>HOUSTON, TX  77210 | Trustee Claim Number: 6<br>Court Claim Number: 8<br>CLAIM: 16,777.95<br>COMMENT: $CL8GOV@4.25%/CONF | INT %: 4.25%<br>CRED DESC: VEHICLE<br>ACCOUNT NO.: 2243 |
| **CITY OF PITTSBURGH & SD OF PITTSBURGH (RE**<br>C/O JORDAN TAX SERVICE - DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number: 7<br>Court Claim Number: 16<br>CLAIM: 0.00<br>COMMENT: 174F86*NT PROV/PL*NO$~NO YRS/SCH*93-20*WNTS 10%*W/42*SURR/PL | INT %: 0.00%<br>CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 4F86 |
| **COUNTY OF ALLEGHENY (RE TAX)\***<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA  15102 | Trustee Claim Number: 8<br>Court Claim Number: 14<br>CLAIM: 737.49<br>COMMENT: 232R306*RS/OE*$2160/AP STIP OE-CONF*8556.08@3.25%/PL*NO YRS/SCH*98-20/C | INT %: 12.00%<br>CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2R306 |
| **COUNTY OF ALLEGHENY (RE TAX)\***<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA  15102 | Trustee Claim Number: 9<br>Court Claim Number: AP-8<br>CLAIM: 126.00<br>COMMENT: 232R302*$/AP STIP OE-CONF*2021*NO $/CL*NT PROV/PL | INT %: 12.00%<br>CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: R302 |
| **US BANK TRUST NA - TRUSTEE ET AL**<br>C/O FAY SERVICING LLC(*)<br>PO BOX 814609<br>DALLAS, TX  75381-4609 | Trustee Claim Number: 10<br>Court Claim Number: 19-3<br>CLAIM: 0.00<br>COMMENT: R/S OE 4/25*DOC 88/DOC 103*SURR@FAY/PL*AMD CL=163108.25 | INT %: 0.00%<br>CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 9926 |

| Creditor | Trustee Claim / Court Claim | INT % | CRED DESC / ACCOUNT | Claim / Comment |
|---|---|---|---|---|
| **WILKINSBURG SD (WILKINSBURG) (RE)**<br>C/O MBM COLLECTIONS LLC - DLNQ CLCTR<br>665 RODI ROAD - SUITE 301<br>PITTSBURGH, PA 15235 | Trustee Claim Number: 11<br>Court Claim Number: 2-2 | 10.00% | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: R306 | CLAIM: 2,220.12<br>COMMENT: 232R306*RS/OE*$/AP STIP OE-AMD CL-CONF*8869.69@3.25%/PL*NO YRS/SCH*01,0 |
| **WILKINSBURG SD (WILKINSBURG) (RE)**<br>C/O MBM COLLECTIONS LLC - DLNQ CLCTR<br>665 RODI ROAD - SUITE 301<br>PITTSBURGH, PA 15235 | Trustee Claim Number: 12<br>Court Claim Number: 3-2 | 10.00% | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: R302 | CLAIM: 10,566.00<br>COMMENT: 232R302; 09-19*$/AP OE-AMD CL-CNF*7974.50@3.25%/PL*WNTS 10%STAT*W/17 |
| **DUQUESNE LIGHT COMPANY(*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 13<br>Court Claim Number: | 0.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: NO$/SCH |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 14<br>Court Claim Number: 1 | 0.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5593 | CLAIM: 1,210.40<br>COMMENT: NO$/SCH |
| **WILKINSBURG-PENN JT WATER AUTH**<br>2200 ROBINSON BLVD<br>PITTSBURGH, PA 15221 | Trustee Claim Number: 15<br>Court Claim Number: | 0.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: NO$/SCH |
| **WILKINSBURG SD (WILKINSBURG) (RE)**<br>C/O MBM COLLECTIONS LLC - DLNQ CLCTR<br>665 RODI ROAD - SUITE 301<br>PITTSBURGH, PA 15235 | Trustee Claim Number: 16<br>Court Claim Number: 2-2 | 0.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: R306 | CLAIM: 45,360.84<br>COMMENT: 232R306*$ UNS/AP STIP OE*-AMD CL*2BAVD/PL?*15K@3.25%TTL/PL*NO YRS/SCH* |
| **WILKINSBURG SD (WILKINSBURG) (RE)**<br>C/O MBM COLLECTIONS LLC - DLNQ CLCTR<br>665 RODI ROAD - SUITE 301<br>PITTSBURGH, PA 15235 | Trustee Claim Number: 17<br>Court Claim Number: 3-2 | 0.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: R302 | CLAIM: 7,929.71<br>COMMENT: 232R302; 09-19*$/AP STIP OE-AMD CL*3800@0%/PL*NON INT*W/12 |
| **WILKINSBURG BOROUGH (RE)**<br>C/O MBM COLLECTIONS LLC - DLNQ CLCTR<br>665 RODI ROAD - SUITE 301<br>PITTSBURGH, PA 15235 | Trustee Claim Number: 18<br>Court Claim Number: 4-2 | 0.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: R306 | CLAIM: 22,661.03<br>COMMENT: 232R306*$/AP STIP OE-AMD CL*2BAVD/PL?*15K@3.25%TTL/PL*NO YRS/SCH*00,02- |
| **WILKINSBURG BOROUGH (RE)**<br>C/O MBM COLLECTIONS LLC - DLNQ CLCTR<br>665 RODI ROAD - SUITE 301<br>PITTSBURGH, PA 15235 | Trustee Claim Number: 19<br>Court Claim Number: 5-2 | 0.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: R302 | CLAIM: 4,606.90<br>COMMENT: 232R302*$@UNS/AP STIP OE-AMD CL*766@0%/PL*NO YRS/SCH*09,10*12-19*NON I |
| **WILKINSBURG BOROUGH (MUN SVC FEE)**<br>C/O MBM COLLECTIONS LLC - DLNQ CLCTR<br>665 RODI ROAD - SUITE 301<br>PITTSBURGH, PA 15235 | Trustee Claim Number: 20<br>Court Claim Number: 6-2 | 10.00% | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: R306 | CLAIM: 530.98<br>COMMENT: 232R306*RS/OE*$/AP STIP OE-AMD CL-CONF*NT/SCH*1240.83@0%/PL*98,00,02-20* |

| Creditor | Trustee Claim / INT % | CRED DESC / Account |
|---|---|---|
| **WILKINSBURG BOROUGH (MUN SVC FEE)** C/O MBM COLLECTIONS LLC - DLNQ CLCTR 665 RODI ROAD - SUITE 301 PITTSBURGH, PA 15235 | Trustee Claim Number:21  INT %: 0.00% Court Claim Number:6-2 CLAIM: 7,051.37 COMMENT: 232R306*$/AP STIP OE-AMD CL*NT/SCH-PL*98,00,02-20*NON INT*W/20 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: R306 |
| **WILKINSBURG BOROUGH (MUN SVC FEE)** C/O MBM COLLECTIONS LLC - DLNQ CLCTR 665 RODI ROAD - SUITE 301 PITTSBURGH, PA 15235 | Trustee Claim Number:22  INT %: 0.00% Court Claim Number:7-2 CLAIM: 1,152.00 COMMENT: 232R302*$/AP STIP OE-AMD CL-CONF*986.92@0%/PL*09-12,15-20*W/23 | CRED DESC: SECURED CREDITOR ACCOUNT NO.: R302 |
| **WILKINSBURG BOROUGH (MUN SVC FEE)** C/O MBM COLLECTIONS LLC - DLNQ CLCTR 665 RODI ROAD - SUITE 301 PITTSBURGH, PA 15235 | Trustee Claim Number:23  INT %: 0.00% Court Claim Number:7-2 CLAIM: 868.46 COMMENT: 232R302*$ @ UNS/AP STIP OE-AMD CL*NT/SCH-PL*09-12,15-20*NON INT*W/22 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: R302 |
| **QUANTUM3 GROUP LLC - AGENT GENESIS FS C** C/O QUANTUM3 GROUP LLC PO BOX 2489 KIRKLAND, WA 98083-2489 | Trustee Claim Number:24  INT %: 0.00% Court Claim Number:10 CLAIM: 286.02 COMMENT: NT/SCH*CELTIC*INDIGO | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 3109 |
| **QUANTUM3 GROUP LLC - AGENT GENESIS FS C** C/O QUANTUM3 GROUP LLC PO BOX 2489 KIRKLAND, WA 98083-2489 | Trustee Claim Number:25  INT %: 0.00% Court Claim Number:9 CLAIM: 295.25 COMMENT: NT/SCH*FEB/DESTINY MC | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 4491 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** PO BOX 71083 CHARLOTTE, NC 28272-1083 | Trustee Claim Number:26  INT %: 0.00% Court Claim Number:12 CLAIM: 507.44 COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 5808 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** PO BOX 71083 CHARLOTTE, NC 28272-1083 | Trustee Claim Number:27  INT %: 0.00% Court Claim Number:11 CLAIM: 375.61 COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2042 |
| **LVNV FUNDING LLC** C/O RESURGENT CAPITAL SVCS PO BOX 10587 GREENVILLE, SC 29603-0587 | Trustee Claim Number:28  INT %: 0.00% Court Claim Number:15 CLAIM: 1,047.22 COMMENT: NT/SCH*SYNCHRONY*SAMS | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 4019 |
| **COUNTY OF ALLEGHENY (RE TAX)*** C/O JORDAN TAX SVC-CUR/DLNQ CLCTR POB 200 BETHEL PARK, PA 15102 | Trustee Claim Number:29  INT %: 0.00% Court Claim Number:14 CLAIM: 10,228.84 COMMENT: 232R306*$10228.84 @ UNS/AP STIP OE*2*15K@3.25%TTL/PL*NO YRS/SCH*98-20/C | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: R306 |
| **COUNTY OF ALLEGHENY (RE TAX)*** C/O JORDAN TAX SVC-CUR/DLNQ CLCTR POB 200 BETHEL PARK, PA 15102 | Trustee Claim Number:30  INT %: 0.00% Court Claim Number:14 CLAIM: 0.00 COMMENT: 174F86*ACCT NT/SCH-PL*98-21*WNTS 12%*W/31*SURR/PL | CRED DESC: SECURED CREDITOR ACCOUNT NO.: 4F86 |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **COUNTY OF ALLEGHENY (RE TAX)*** <br> C/O JORDAN TAX SVC-CUR/DLNQ CLCTR <br> POB 200 <br> BETHEL PARK, PA  15102 | Trustee Claim Number:31   INT %: 0.00% <br> Court Claim Number:14 <br> CLAIM:  0.00 <br> COMMENT:  174F86*ACCT NT/SCH-PL*98-21*NON INT*W/30*SURR/PL | CRED DESC:  SECURED CREDITOR <br> ACCOUNT NO.: 4F86 |
| **COUNTY OF ALLEGHENY (RE TAX)*** <br> C/O JORDAN TAX SVC-CUR/DLNQ CLCTR <br> POB 200 <br> BETHEL PARK, PA  15102 | Trustee Claim Number:32   INT %: 12.00% <br> Court Claim Number:14 <br> CLAIM:  0.00 <br> COMMENT:  62F48*SURR/PL*6167.54/CL*00-20*WNTS 12%*W/33 | CRED DESC:  SECURED CREDITOR <br> ACCOUNT NO.: 2F48 |
| **COUNTY OF ALLEGHENY (RE TAX)*** <br> C/O JORDAN TAX SVC-CUR/DLNQ CLCTR <br> POB 200 <br> BETHEL PARK, PA  15102 | Trustee Claim Number:33   INT %: 0.00% <br> Court Claim Number:14 <br> CLAIM:  0.00 <br> COMMENT:  62F48*SURR/PL*00-20*10590.03/CL*NON INT*W/32 | CRED DESC:  SECURED CREDITOR <br> ACCOUNT NO.: 2F48 |
| **COUNTY OF ALLEGHENY (RE TAX)*** <br> C/O JORDAN TAX SVC-CUR/DLNQ CLCTR <br> POB 200 <br> BETHEL PARK, PA  15102 | Trustee Claim Number:34   INT %: 0.00% <br> Court Claim Number:14 <br> CLAIM:  0.00 <br> COMMENT:  124L201*97-21*WNTS 12%*W/35*SURR/PL | CRED DESC:  SECURED CREDITOR <br> ACCOUNT NO.: L201 |
| **COUNTY OF ALLEGHENY (RE TAX)*** <br> C/O JORDAN TAX SVC-CUR/DLNQ CLCTR <br> POB 200 <br> BETHEL PARK, PA  15102 | Trustee Claim Number:35   INT %: 0.00% <br> Court Claim Number:14 <br> CLAIM:  0.00 <br> COMMENT:  124L201*97-21*NON INT*W/34*SURR/PL | CRED DESC:  SECURED CREDITOR <br> ACCOUNT NO.: L201 |
| **COUNTY OF ALLEGHENY (RE TAX)*** <br> C/O JORDAN TAX SVC-CUR/DLNQ CLCTR <br> POB 200 <br> BETHEL PARK, PA  15102 | Trustee Claim Number:36   INT %: 0.00% <br> Court Claim Number:14 <br> CLAIM:  0.00 <br> COMMENT:  174A1*01-21*WNTS 12%*W/37*SURR/PL | CRED DESC:  SECURED CREDITOR <br> ACCOUNT NO.: 74A1 |
| **COUNTY OF ALLEGHENY (RE TAX)*** <br> C/O JORDAN TAX SVC-CUR/DLNQ CLCTR <br> POB 200 <br> BETHEL PARK, PA  15102 | Trustee Claim Number:37   INT %: 0.00% <br> Court Claim Number:14 <br> CLAIM:  0.00 <br> COMMENT:  174A1*01-21*NON INT*W/36*SURR/PL | CRED DESC:  SECURED CREDITOR <br> ACCOUNT NO.: 74A1 |
| **PITTSBURGH WATER & SEWER AUTHORITY (*)** <br> C/O GRB LAW <br> 525 WILLIAM PENN PLACE STE 3110 <br> PITTSBURGH, PA  15219 | Trustee Claim Number:38   INT %: 0.00% <br> Court Claim Number:13 <br> CLAIM:  0.00 <br> COMMENT:  62F48*SURR/PL*1399.41/CL*WNTS 10%*THRU 10/2/21 | CRED DESC:  SECURED CREDITOR <br> ACCOUNT NO.: 2F48 |
| **PITTSBURGH WATER & SEWER AUTHORITY (*)** <br> C/O GRB LAW <br> 525 WILLIAM PENN PLACE STE 3110 <br> PITTSBURGH, PA  15219 | Trustee Claim Number:39   INT %: 0.00% <br> Court Claim Number:13 <br> CLAIM:  0.00 <br> COMMENT:  124L201*THRU 10/2/21*WNTS 10%*SURR/PL | CRED DESC:  SECURED CREDITOR <br> ACCOUNT NO.: L201 |
| **PITTSBURGH WATER & SEWER AUTHORITY (*)** <br> C/O GRB LAW <br> 525 WILLIAM PENN PLACE STE 3110 <br> PITTSBURGH, PA  15219 | Trustee Claim Number:40   INT %: 0.00% <br> Court Claim Number:13 <br> CLAIM:  0.00 <br> COMMENT:  174A1*THRU 10/2/21*WNTS 10%*W/41*SURR/PL | CRED DESC:  SECURED CREDITOR <br> ACCOUNT NO.: 74A1 |

| Creditor | Trustee Claim / Court Claim | Interest / Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **PITTSBURGH WATER & SEWER AUTHORITY (*)**<br>C/O GRB LAW<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 41<br>Court Claim Number: 13 | INT %: 0.00%<br>CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 74A1 | CLAIM: 0.00<br>COMMENT: 174A1*THRU 10/2/21*NON INT*W/40*SURR/PL |
| **CITY OF PITTSBURGH & SD OF PITTSBURGH (RE**<br>C/O JORDAN TAX SERVICE - DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 42<br>Court Claim Number: 16 | INT %: 0.00%<br>CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 4F86 | CLAIM: 0.00<br>COMMENT: 174F86*NT PROV/PL*NO$~NO YRS/SCH*93-20*NON INT*W/7*SURR/PL |
| **CITY OF PITTSBURGH & SD OF PITTSBURGH (RE**<br>C/O JORDAN TAX SERVICE - DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 43<br>Court Claim Number: 16 | INT %: 10.00%<br>CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 74L9 | CLAIM: 0.00<br>COMMENT: 174L9*RS/OE*5.90/CL-PL*2021*WNTS 10% |
| **CITY OF PITTSBURGH & SD OF PITTSBURGH (RE**<br>C/O JORDAN TAX SERVICE - DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 44<br>Court Claim Number: 16 | INT %: 10.00%<br>CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2F48 | CLAIM: 0.00<br>COMMENT: 62F48*SURR/PL*SCH@7?*25441.94/CL*01-21*WNTS 10%*W/45 |
| **CITY OF PITTSBURGH & SD OF PITTSBURGH (RE**<br>C/O JORDAN TAX SERVICE - DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 45<br>Court Claim Number: 16 | INT %: 0.00%<br>CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2F48 | CLAIM: 0.00<br>COMMENT: 62F48*SURR/PL*24124.40/CL*SCH@7?*01-21*NON INT*W/44 |
| **CITY OF PITTSBURGH & SD OF PITTSBURGH (RE**<br>C/O JORDAN TAX SERVICE - DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 46<br>Court Claim Number: 16 | INT %: 10.00%<br>CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: L201 | CLAIM: 0.00<br>COMMENT: 124L201*SCH@7?*97-20*WNTS 10%*W/47*SURR/PL |
| **CITY OF PITTSBURGH & SD OF PITTSBURGH (RE**<br>C/O JORDAN TAX SERVICE - DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 47<br>Court Claim Number: 16 | INT %: 0.00%<br>CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: L201 | CLAIM: 0.00<br>COMMENT: 124L201*SCH@7?*97-20*NON INT*W/46*SURR/PL |
| **CITY OF PITTSBURGH & SD OF PITTSBURGH (RE**<br>C/O JORDAN TAX SERVICE - DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 48<br>Court Claim Number: 16 | INT %: 10.00%<br>CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 74A1 | CLAIM: 0.00<br>COMMENT: 174A1*SCH@7?*00-20*WNTS 10%*W/49*SURR/PL |
| **CITY OF PITTSBURGH & SD OF PITTSBURGH (RE**<br>C/O JORDAN TAX SERVICE - DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 49<br>Court Claim Number: 16 | INT %: 0.00%<br>CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 74A1 | CLAIM: 0.00<br>COMMENT: 174A1*SCH@7?*00-20*NON INT*W/48*SURR/PL |
| **LENDMARK FINANCIAL SERVICES LLC**<br>2118 USHER ST<br>COVINGTON, GA 30014 | Trustee Claim Number: 50<br>Court Claim Number: 17 | INT %: 0.00%<br>CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3807 | CLAIM: 1,596.28<br>COMMENT: NT/SCH |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 51   INT %: 0.00%<br>Court Claim Number: 18 | CLAIM: 470.00<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0446 |
| **MCCALLA RAYMER ET AL**<br>NATL BANKRUPTCY DEPT**<br>1544 OLD ALABAMA RD**<br>ROSWELL, GA 30076-2102 | Trustee Claim Number: 52   INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: US BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **MESTER & SCHWARTZ PC**<br>1917 BROWN ST<br>PHILADELPHIA, PA 19130 | Trustee Claim Number: 53   INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: @OBJ/CONF | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 54   INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: US BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 55   INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: $/DOE-PL-CONF*BGN 6/22 DISTRIB*DK | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 3326 |
| **COUNTY OF ALLEGHENY (RE TAX)***<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA 15102 | Trustee Claim Number: 56   INT %: 0.00%<br>Court Claim Number: AP-8 | CLAIM: 96.17<br>COMMENT: 232R302*$@UNS/AP STIP OE~TX YR 21*NO $/CL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: R302 |
| **BERNSTEIN-BURKLEY**<br>C/O KERI P EBECK ESQ - FOR CITY OF PITTSBU<br>601 GRANT ST - 9TH FL<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 57   INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: CITY OF PGH/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |