**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
JULIUS HAYWOOD — Case No. 21-22166JAD

Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee, — Chapter 13

Movant — Document No __

vs.

COUNTY OF ALLEGHENY (RE TAX)*

Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments. **Trustee will not close off the record for this claim until a document removing the claim (e.g., satisfaction of claim, withdrawal of claim, or stipulation) is filed of record in this case.**

> **Parties are advised that funds placed on reserve may be treated as general plan funding and redistributed pursuant to the terms of the confirmed plan.**

COUNTY OF ALLEGHENY (RE TAX)*
C/O JORDAN TAX SVC-CUR/DLNQ CLCTR
POB 200
BETHEL PARK, PA 15102

Court claim# 14/Trustee CID# 29

The Movant further certifies that on 08/12/2026 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc: debtor(s)
original creditor
putative creditor
counsel for debtor(s)
counsel for the creditor(s) (if known)

| | |
|---|---|
| DEBTOR(S):<br>JULIUS HAYWOOD, 1418 WESLEY STREET<br>PITTSBURGH, PA 15221 | DEBTOR'S COUNSEL:<br>MICHAEL S GEISLER ESQ, 1100 PENN CENTER BLVD #704, PITTSBURGH, PA 15235 |
| ORIGINAL CREDITOR:<br>COUNTY OF ALLEGHENY (RE TAX)*, C/O JORDAN TAX SVC-CUR/DLNQ CLCTR, POB 200, BETHEL PARK, PA 15102 | :<br>GRB LAW, 525 WILLIAM PENN PLACE STE 3110, PITTSBURGH, PA 15219 |
| ORIGINAL CREDITOR'S COUNSEL:<br>JEFFREY R HUNT ESQ, GRB LAW, 525 WILLIAM PENN PLACE STE 3110, PITTSBURGH, PA 15219 | |
| NEW CREDITOR: | |