Certificate Number: 15317-PAW-DE-041602644

Bankruptcy Case Number: 21-22166

15317-PAW-DE-041602644

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 26, 2026, at 2:02 o'clock PM PDT, Julius Haywood completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: October 26, 2026

By: /s/Sheena Sogradiel

Name: Sheena Sogradiel

Title: Credit Counselor